J-S16014-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| THEODORE JAMES CASH | |
| Appellant | No. 1671 MDA 2014 |

Appeal from the Order September 18, 2014
In the Court of Common Pleas of Franklin County
Criminal Division at No(s): CP-28-CR-0001740-2012

BEFORE:  PANELLA, J., OLSON, J., and OTT, J.

JUDGMENT ORDER BY PANELLA, J.　　　　　　　　**FILED JUNE 02, 2015**

Appellant, Theodore James Cash, appeals *pro se* from the order entered by the Honorable Shawn D. Meyers that found certain items of Cash's property forfeited, while denying forfeiture of other items.  After careful review, we conclude that we lack jurisdiction to entertain this appeal, and transfer it to the Commonwealth Court.

Appeals from orders forfeiting property under the Controlled Substances Forfeiture Act are within the exclusive jurisdiction of the Commonwealth Court.  *See Commonwealth v. Gordon Street*, 592 A.2d 756 (Pa. Super. 1991).  Since this appeal does not include an appeal from a judgment of sentence, we lack jurisdiction.  *C.f. Commonwealth v. Alston*, 722 A.2d 161, 162 n.1 (Pa. Super. 1998).  We therefore direct the Prothonotary to transfer this appeal to the Commonwealth Court.

Appeal transferred to the Commonwealth Court. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 6/2/2015